**No. 43754.**—Protests 767740–G(B), etc., of American Import Co. et al. (Los Angeles, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, MAY 21, 1940

**No. 43755.**—Protest 6862–K of W. E. Kirst (New York).

Opinion by CLINE, J. No evidence was offered in support of the claims made. The protest was therefore overruled.

**No. 43756.**—Protests 431966–G, etc., of Geo. S. Bush & Co., Inc., et al. (Seattle).

Opinion by KEEFE, J. It was stipulated that the merchandise is of the same character and use as the fish cake passed upon in *Wilbur-Ellis* v. *United States* (27 C. C. P. A. 232, C. A. D. 90). The claim for free entry under paragraph 1583 was therefore sustained.

MAY 16, 1940

**No. 43757.**—Suit 4271.— *United States* v. *Friedlaender & Co., Inc.* C. D. 166 reversed. C. A. D. 104.

MAY 17, 1940

**No. 43758.**—Suit 4241.— *United States* v. *Eimer & Amend.* C. D. 64 reversed. C. A. D. 117.

MAY 20, 1940

**No. 43759.**—Suit 4269.— *Kilburn Mill* v. *United States.* C. D. 124 affirmed. C. A. D. 114.

MAY 21, 1940

**No. 43760.**—Suit 4287. —*National Silk Spinning Co., Inc.* v. *United States.* Abstract 41677 affirmed. C. A. D. 119.

BEFORE THE FIRST DIVISION, MAY 22, 1940

**No. 43761.**—Petition 5986–R of Golding Bros. Co., Inc. (New York).

Opinion by BROWN, J. Following Abstract 39917 relating to similar circumstances the court granted the petition,